

**IT IS ORDERED as set forth below:**


**Date: October 6, 2016**

_C. Ray Mullins_

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                  :          CASE NO.16-58492  - CRM
                                        :
John Whitelaw Jolin,                    :          CHAPTER 7
Theresa Marie Jolin,                    :
               Debtor(s).               :
                                        :
John Whitelaw Jolin,                    :
Theresa Marie Jolin,                    :
               Movant(s),               :
v.                                      :
                                        :
Tempest Recovery Services, Inc.,        :
               Respondent(s).           :


### O R D E R

   Before the Court is the Motion to Avoid a Lien (Doc. No. 20) of the above-named
Debtor(s), as provided by U.S.C. §522(f) and Bankruptcy Rule 4003(d).  The creditor has
failed to file a response; thus, the motion is deemed to be unopposed.  See BLR 6008-2,
NDGa.

   Inasmuch as the creditor whose lien is sought to be avoided has failed to controvert
timely the debtor's allegations,

ORDERED AND ADJUDGED that the judicial lien or the non-possessory, non-purchase-money lien held by respondent upon exempt property of the above-named debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which debtor(s) would have been entitled pursuant to 11 U.S.C. section 522(b).

[END OF DOCUMENT]

DISTRIBUTION LIST

John Whitelaw Jolin
2758 Hawk Trce Ne
Marietta, GA 30066

Theresa Marie Jolin
2758 Hawk Trace NE
Marietta, GA 30066

Craig Z. Black
The Semrad Law Firm, LLC
Sterling Point II
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Kyle A. Cooper
Kyle A. Cooper, Trustee
Suite 102
615 Colonial Park Drive
Roswell, GA 30075

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Tempest Recovery Services Inc
c/o John R. Schwab CEO
4315 Pickett Road
Saint Joseph, MO 64503