**IT IS ORDERED as set forth below:**



**Date: October 28, 2016**

_____
**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.16-58492  - CRM |
| | : | |
| John Whitelaw Jolin, | : | CHAPTER 7 |
| Theresa Marie Jolin, | : | |
| Debtor(s). | : | |
| | : | |
| John Whitelaw Jolin, | : | |
| Theresa Marie Jolin, | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| Beneficial Mortgage Company of Georgia, | : | |
| Respondent(s). | : | |

O R D E R

Before the Court is the Motion to Avoid a Lien (Doc. No. 18) of the above-named Debtor(s), as provided by U.S.C. §522(f) and Bankruptcy Rule 4003(d). The creditor has failed to file a response; thus, the motion is deemed to be unopposed. See BLR 6008-2, NDGa.

Inasmuch as the creditor whose lien is sought to be avoided has failed to controvert timely the debtor's allegations,

ORDERED AND ADJUDGED that the judicial lien or the non-possessory, non-purchase-money lien held by respondent upon exempt property of the above-named debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which debtor(s) would have been entitled pursuant to 11 U.S.C. section 522(b).

[END OF DOCUMENT]

DISTRIBUTION LIST

John Whitelaw Jolin
2758 Hawk Trce Ne
Marietta, GA 30066

Theresa Marie Jolin
2758 Hawk Trace NE
Marietta, GA 30066

Craig Z. Black
The Semrad Law Firm, LLC
Sterling Point II
Suite 201, 303 Perimeter Center North
Atlanta, GA 30346

Kyle A. Cooper, Trustee
Suite 102
615 Colonial Park Drive
Roswell, GA 30075

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Beneficial Mortgage Company of Georgia
c/o Kathryn Madison, CEO
26525 N. Riverwoods Blvd.
Mettawa, IL 60045

Beneficial Mortgage Company of Georgia
Frederick J. Hanna & Associates, P.C.
C/O Dennis E Henry
1427 Roswell Road
Marietta, GA 360062

Beneficial Mortgage Company of Georgia
5495 Old National Hwy
Atlanta, GA 30349