

**IT IS ORDERED as set forth below:**

**Date: November 4, 2016**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-58492 - CRM |
| | : | |
| JOHN WHITELAW JOLIN, | : | CHAPTER 7 |
| THERESA MARIE JOLIN, | : | |
| Debtor(s), | : | |
| | : | |
| JOHN WHITELAW JOLIN, | : | |
| THERESA MARIE JOLIN, | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| INDEPENDENCE WALK HOME | : | |
| OWNER'S ASSOCIATION, INC., | : | |
| Respondent(s). | : | |

# O R D E R

Pursuant to 11 U.S.C. § 522, the Debtor(s) has filed a motion to avoid lien (Doc. No. 17) in the above-styled case. The Court has notified counsel for the Debtor(s) of the motion's deficiencies. To date, there has been a failure to comply with the Court's directions. Accordingly, it is hereby

**ORDERED** that the motion is DENIED without prejudice to the Debtor's right to file another motion to avoid lien with respect to this obligation.

[END OF DOCUMENT]

DISTRIBUTION LIST

John Whitelaw Jolin
2758 Hawk Trce Ne
Marietta, GA 30066

Theresa Marie Jolin
2758 Hawk Trace NE
Marietta, GA 30066

Craig Z. Black
The Semrad Law Firm, LLC
Sterling Point II
Suite 201
303 Perimeter Center North
Atlanta, GA 30346

Kyle A. Cooper, Trustee
Suite 102
615 Colonial Park Drive
Roswell, GA 30075

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Independence Walk Homeowners Association, Inc.
109 Williamsburg Lane
Woodstock, GA 30189

Independence Walk Homeowners Association, Inc.
c/o Abigail Malone, Reg. Ag
109 Williamsburg Lane
Woodstock, GA 30189